CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 11 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| JASON S. KARAVIAS, II,<br>    Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:12-cv-00326 |
| v. | ) <br> ) | **ORDER** |
| | ) | By:   **Hon. Jackson L. Kiser** |
| COMMONWEALTH OF<br>VIRGINIA, et al.,<br>    Defendants. | ) <br> ) <br> ) <br> ) | **Senior United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's appeal of the Magistrate Judge's order (ECF no. 10) is **DENIED**; plaintiff's

Motions to Compel are **DENIED**; this action is **DISMISSED without prejudice** for plaintiff's

failure to comply with the court's order; and the action is **STRICKEN** from the active docket of

the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to pay the

$350 filing fee or file the necessary documents to proceed without prepaying the filing fee.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER:  This 11th day of October, 2012.

Senior United States District Judge